JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the OPERATING ENGINEERS LOCAL 501 SECURITY FUND,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF ORANGE,<br><br>Defendant. | Case No. 8:19-cv-02117-JWH-ADSx<br><br>**JUDGMENT** |
| COUNTY OF ORANGE,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>THE INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 501, AFL-CIO,<br><br>Third-Party Defendant. | |

In accordance with the "Order on Cross-Motions for Summary Judgment [ECF Nos. 38 & 39] and Third-Party Defendant's Motion to Dismiss Third-Party Complaint [ECF Nos. 36 & 37]" entered in the above-captioned action on May 5, 2021,[1] and pursuant to Rule 58 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered as follows:

1. This Court has personal jurisdiction over the parties and subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331.

2. Plaintiff THE BOARD OF TRUSTEES, in their capacities as Trustees of the OPERATING ENGINEERS LOCAL 501 SECURITY FUND ("Plaintiff") is entitled to audit the records of Defendant and Third-Party Plaintiff COUNTY OF ORANGE (the "County") in accordance with the Trust Agreement; final judgment is hereby entered in **FAVOR** of Plaintiff on its Complaint,[2] and **AGAINST** the County, on that basis. To the extent that Plaintiff requests any other form of relief on its Complaint, including any potential remedies arising from the audit or the outcome of the audit (including attorney's fees arising from the audit), such request is **DENIED without prejudice** as not ripe and premature.

3. The County's claims against Third-Party Defendant INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 501, AFL-CIO set forth in the County's Third-Party Complaint[3] are **DISMISSED without prejudice**.

4. The parties are **DIRECTED** to file any motion for attorney's fees arising from the above-captioned action no later than 14 days after the entry of

---

[1] ECF No. 58.
[2] ECF No. 1.
[3] ECF No. 28.

this Judgment, in accordance with Rule 54(d)(2)(B)(i) of the Federal Rules of Civil Procedure. The parties are also **DIRECTED** to comply with L.R. 7-3 in connection with any post-judgment motion.

5. Except as expressly set forth above, to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: June 2, 2021

_____
John W. Holcomb
UNITED STATES DISTRICT JUDGE